15-4

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh ____     Erie  X     Johnstown ____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. _X_ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name:     Jenny Eileen Urrutia

Is Indictment waived:     ____ Yes     _X_ No

Pretrial Diversion:     ____ Yes     _X_ No

Juvenile proceeding:     ____ Yes     _X_ No

Defendant is:     ____ Male     _X_ Female

Superseding Indictment or Information     ____ Yes     _X_ No

Previous case number: Connected with case number 15-3 Erie

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
15-3 Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred:     Erie

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began: _____

Defendant: _____ is in custody  _X_ is not in custody

Name of Institution: _____

Custody is on: _____ this charge   _____ another charge

                                                  _____ another conviction

                            _____ State     _____ Federal

Detainer filed: _____ yes   _____ no

Date detainer filed: _____

Total defendants: 19

Total counts: 16

Data below applies to
defendant No.: 8

Defendant's name: Jenny Eileen Urrutia

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 846<br>18 U.S.C. § 2 | Conspiracy to distribute and possess with intent to distribute less than one hundred (100) grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance and less than five (5) grams of methamphetamine, a Schedule II controlled substance; conspiracy to distribute and possess with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance | X | |

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 3 | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Possession with intent to distribute and distribution of less than one hundred (100) grams of a mixture and substance containing a detectable amount of heroin | X | |
| 7 & 8 | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) 18 U.S.C. § 2 | Possession with intent to distribute and distribution of five (5) grams or more of methamphetamine, a Schedule II controlled substance | X | |
| 12 | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii) 18 U.S.C. § 2 | Possession with intent to distribute and distribution of five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance | X | |

FORFEITURE ALLEGATION

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____

_____
MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362